# Exhibit E

| | |
|---|---|
| **From:** | Hook, Sarah K. (NYC) <Sarah.Hook@jacksonlewis.com> |
| **Sent:** | Monday, October 19, 2015 3:09 PM |
| **To:** | Diana Nobile; Ekelman, Felice B. (NYC); Gross, Adam S. (NYC); Seidenfeld, Steven J. (NYC) |
| **Cc:** | 'Hope Pordy'; Gregory McGillivary; Robin Burroughs; Sarah Block; Molly Elkin |
| **Subject:** | RE: Foster v. NYC and De La Cruz v. NYC - Rule 30(b)(6) Notices |

Hi Diana,

We are confirmed for October 29 for Foster Job Duties/Meal Periods. We are also now confirmed for November 2 for our De La Cruz Timekeeping witness. However, our Foster Timekeeping witness is not available on November 2 and I am working on some new dates. I am also working on a new date for the De La Cruz Job Duties/Meal periods deposition as it will likely involve a couple different witnesses and October 30 does not work.

Thanks, Sarah

---

**From:** Diana J Nobile [mailto:djn@wmlaborlaw.com]
**Sent:** Monday, October 19, 2015 12:12 PM
**To:** Hook, Sarah K. (NYC); Ekelman, Felice B. (NYC); Gross, Adam S. (NYC); Seidenfeld, Steven J. (NYC)
**Cc:** 'Hope Pordy'; 'Greg McGillivary'; Rsb@Wmlaborlaw.Com; 'Attorney 'Sarah Block''; mae@wmlaborlaw.com
**Subject:** RE: Foster v. NYC and De La Cruz v. NYC - Rule 30(b)(6) Notices

Hi Sarah:

I just wanted to follow up on scheduling in Foster and De La Cruz.

Right now, we have confirmed October 29, 2015 for the Meal Period and Job Duties depos in Foster.

Since we have not heard from you on any of the other dates, we wanted to propose a streamlined schedule for the remaining depositions given the amount of time we think we will need for each deposition. We propose the following:

>Thursday, October 29:
>Foster Job Duties and Meal Period (**confirmed**)
>
>Friday, October 30:
>De La Cruz - Job Duties and Meal Period
>
>Monday, November 2:
>Foster - CityTime (morning)
>De La Cruz - CityTime (afternoon)
>
>Tuesday, November 3
>Foster – FLSA Compliance (morning)
>De La Cruz - FLSA Compliance (afternoon)

Please let us know if this will work for the City.

Thanks,

1

**Diana J. Nobile**
Associate
Woodley & McGillivary LLP
1101 Vermont Ave. NW
Suite 1000
Washington, D.C. 20005
Phone: 202-833-8855
Fax: 202-452-1090

*************************************************************************************
This electronic message transmission contains information from the law firm of Woodley & McGillivary which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@wmlaborlaw.com).
*************************************************************************

**From:** Hook, Sarah K. (NYC) [mailto:Sarah.Hook@jacksonlewis.com]
**Sent:** Wednesday, October 14, 2015 11:15 AM
**To:** Diana J Nobile <djn@wmlaborlaw.com>; Ekelman, Felice B. (NYC) <EkelmanF@JacksonLewis.com>; Gross, Adam S. (NYC) <Adam.Gross@jacksonlewis.com>; Seidenfeld, Steven J. (NYC) <Steven.Seidenfeld@jacksonlewis.com>
**Cc:** 'Hope Pordy' <hpordy@SpivakLipton.com>; Greg McGillivary <gkm@wmlaborlaw.com>; Rsb@Wmlaborlaw.Com; 'Attorney 'Sarah Block'' <smb@wmlaborlaw.com>
**Subject:** RE: Foster v. NYC - Rule 30(b)(6) Notices

Hi Diana,

We are available on October 29 to conduct both the Job Duties and Meal Periods depositions.

I am working to confirm the other two depositions and will let you know shortly.

Sarah

**From:** Diana J Nobile [mailto:djn@wmlaborlaw.com]
**Sent:** Tuesday, October 13, 2015 6:57 PM
**To:** Ekelman, Felice B. (NYC); Gross, Adam S. (NYC); Hook, Sarah K. (NYC); Seidenfeld, Steven J. (NYC)
**Cc:** 'Hope Pordy'; Greg McGillivary; Rsb@Wmlaborlaw.Com; 'Attorney 'Sarah Block''
**Subject:** RE: Foster v. NYC - Rule 30(b)(6) Notices

Hi Felice:

I am writing to confirm the Rule 30(b)(6) depositions that we noticed on September 2, 2015:

October 26: Job Duties
October 27: CityTime
October 28: FLSA Compliance
October 29 : Meal Period

We propose beginning each deposition at 10:00 a.m. at Spivak Lipton LLP, 1700 Broadway, New York, NY 10019.

Thanks,
**Diana J. Nobile**
Associate
Woodley & McGillivary LLP

1101 Vermont Ave. NW
Suite 1000
Washington, D.C. 20005
Phone: 202-833-8855
Fax: 202-452-1090
*********************************************************************************
This electronic message transmission contains information from the law firm of Woodley & McGillivary which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@wmlaborlaw.com).
*********************************************************************************

---

**From:** Diana J Nobile [mailto:djn@wmlaborlaw.com]
**Sent:** Thursday, September 03, 2015 12:00 PM
**To:** 'Ekelman, Felice B. (NYC)' <EkelmanF@JacksonLewis.com>; 'Gross, Adam S. (NYC)' <Adam.Gross@jacksonlewis.com>; 'Hook, Sarah K. (NYC)' <Sarah.Hook@jacksonlewis.com>; 'Seidenfeld, Steven J. (NYC)' <Steven.Seidenfeld@jacksonlewis.com>
**Cc:** 'Hope Pordy' <hpordy@SpivakLipton.com>; Greg McGillivary <gkm@wmlaborlaw.com>; (Rsb@Wmlaborlaw.Com) <Rsb@Wmlaborlaw.Com>; 'Attorney 'Sarah Block'' <smb@wmlaborlaw.com>
**Subject:** Foster v. NYC - Rule 30(b)(6) Notices

Felice:

Attached please find Rule 30(b)(6) deposition notices in this matter.

Thanks,
**Diana J. Nobile**
Associate
Woodley & McGillivary LLP
1101 Vermont Ave. NW
Suite 1000
Washington, D.C. 20005
Phone: 202-833-8855
Fax: 202-452-1090
*********************************************************************************
This electronic message transmission contains information from the law firm of Woodley & McGillivary which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@wmlaborlaw.com).
*********************************************************************************

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.