# Exhibit H

| | |
|---|---|
| **From:** | Hook, Sarah K. (NYC) <Sarah.Hook@jacksonlewis.com> |
| **Sent:** | Monday, November 02, 2015 10:39 AM |
| **To:** | Diana Nobile; Ekelman, Felice B. (NYC) |
| **Cc:** | Butte, Shawn N. (NYC); Seidenfeld, Steven J. (NYC); Gross, Adam S. (NYC); Gregory McGillivary; 'Hope Pordy'; Molly Elkin; Robin Burroughs; Sarah Block; Molly Elkin; Brecher, Jeffrey W. (Long Island) |
| **Subject:** | RE: 30(b)(6) Dates in De La Cruz and Foster |

Good Morning Diana,

We are available to do the De La Cruz/Timekeeping deposition on November 16, 2015. Would this work for your office? I am working on dates for the other depositions and will send to you as soon as possible.

Sarah

---

**From:** Diana J Nobile [mailto:djn@wmlaborlaw.com]
**Sent:** Friday, October 30, 2015 11:59 AM
**To:** Ekelman, Felice B. (NYC)
**Cc:** Hook, Sarah K. (NYC); Butte, Shawn N. (NYC); Seidenfeld, Steven J. (NYC); Gross, Adam S. (NYC); Greg McGillivary; 'Hope Pordy'; mae@wmlaborlaw.com; Rsb@Wmlaborlaw.Com; 'Sarah Block'; mae@wmlaborlaw.com; Brecher, Jeffrey W. (Long Island)
**Subject:** 30(b)(6) Dates in De La Cruz and Foster

Hi Felice:

Can you please send us proposed dates that your witnesses will be available for the following 30(b)(6) depositions:

*Foster*:
Timekeeping

*De La Cruz*:
Job Duties
Meal Period
Timekeeping

Of course, we also need dates for the 30(b)(6) depositions in each case on FLSA Compliance. While we are waiting for your reply to Greg's latest email on the topic, it may best to settle on dates for those depositions as well.

Thanks,
**Diana J. Nobile**
Associate
Woodley & McGillivary LLP
1101 Vermont Ave. NW
Suite 1000
Washington, D.C. 20005
Phone: 202-833-8855
Fax: 202-452-1090
*******************************************************************************

This electronic message transmission contains information from the law firm of Woodley & McGillivary which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@wmlaborlaw.com).
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.