# Exhibit J

**From:** Ekelman, Felice B. (NYC) [mailto:EkelmanF@JacksonLewis.com]
**Sent:** Monday, October 26, 2015 11:34 AM
**To:** 'Greg McGillivary' <gkm@wmlaborlaw.com>; 'Diana J Nobile' <djn@wmlaborlaw.com>; 'Hope Pordy' <hpordy@SpivakLipton.com>
**Cc:** Hook, Sarah K. (NYC) <Sarah.Hook@jacksonlewis.com>; Seidenfeld, Steven J. (NYC) <Steven.Seidenfeld@jacksonlewis.com>; Brecher, Jeffrey W. (Long Island) <BrecherJ@jacksonlewis.com>
**Subject:** Foster and De La Cruz discovery issue

Greg, last week during our meet and confer we discussed Plaintiffs' demand that Defendants collect the emails of all managers of individuals holding the JOS, AJOS, CPS and CPSS titles.  We discussed whether Defendant would agree to collect emails from a limited number of managers in each of the above cases (and apply the same search terms as we have previously agreed upon), in lieu of Plaintiffs' request for all emails for all managers.

We have spoken with our client, and propose that Plaintiffs identify three (3) managers each in Foster and De la Cruz.  Rather than take the time to identify all the managers of the JOS, AJOS, CPS and CPSS positions, and randomly select three, it is more efficient if Plaintiffs simply tell Defendant which managers' emails you would like Defendants to collect.  As we discussed we anticipate it may take several months to collect these emails, and this will expedite the process.

Please let us know if this resolves the parties' dispute.

Felice

Felice B. Ekelman
Attorney at Law

1

Jackson Lewis P.C.
666 Third Avenue
New York, NY  10017

212-545-4005 | Direct
212-972-3213 | Fax

ekelmanf@jacksonlewis.com

www.jacksonlewis.com
**Representing management exclusively in workplace law and related litigation.**

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.