# Exhibit M



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 666 Third Avenue | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| New York, New York 10017 | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Tel 212 545-4000 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Fax 212 972-3213 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| www.jacksonlewis.com | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | | |

DIRECT DIAL: (212) 545-4005
EMAIL ADDRESS: EkelmanF@JacksonLewis.com

July 17, 2015

**VIA FEDEX**
**AND EMAIL (without encls.)**
Gregory K. McGillivary, Esq.
Woodley & McGillivary
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005

Re: Keisha Foster et. al. v. City of New York, New York
14-cv-4142(PGG)

Dear Greg:

We are writing in response to your letter dated July 8, 2015 and in furtherance of our "meet and confer" conference call on July 13, 2015 wherein the parties discussed outstanding discovery issues.

Enclosed please find a disk with Defendant's supplement production of documents to Defendant's Responses and Objections to Plaintiffs' First Request for the Production of Documents bearing bates numbers D001709-D001781. These documents supplement Defendant's productions on December 23, 2014 (D000001-D000080) and April 22, 2015 (D000081-D000291) as well as Defendant's production of Phase One Plaintiff's documents (D000292-D001708) pursuant to Joint Stipulation for Phase One Discovery on June 15, 2015.

Accordingly, subject to and without waiving Defendant's objections as set forth in Defendant's Responses and Objections to Plaintiffs' First Request for the Production of Documents, Defendant has produced the following documents responsive to Plaintiffs' Requests. These general documents (D000001-D000291; D001709-D001781) are in addition to the individual Phase One Documents (D000292-D001708) which at times are also generally responsive to many of Plaintiffs' Requests.

| Request No. 2 | D000001-D000291; D001709-D001781 |
| Request No. 3 | D000081-D000291 |
| Request No. 4 | D000001-D000080 |
| Request No. 5 | D000001-D000080; D000246-D000291 |



Gregory K. McGillivary, Esq.
Woodley & McGillivary
July 17, 2015
Page 2

| | |
|---|---|
| Request No. 7 | D000081-D000245 |
| Request No. 10 | D000083-D000251; D000253-D000291; D001721-D001781 |
| Request No. 11 | D000236-D000249; D000253-D000291; D001721-D001781 |
| Request No. 12 | D000236-D000249; D000253-D000291; D001721-D001781 |
| Request No. 14 | D000081-D000249 |
| Request No. 15 | D000081-D000249; D000253-D000291; D001721-D001781 |
| Request No. 16 | D000081-D000249; D000253-D000291; D001721-D001781 |
| Request No. 17 | D000081-D000249; D000253-D000291; D001721-D001781 |
| Request No. 19 | D000087-D000249; D000253-D000291; D001721-D001781 |
| Request No. 20 | D000087-D000249; D000253-D000291; D001721-D001781 |
| Request No. 23 | D000246-D000249; D000253-D000291; D001721-D001781 |
| Request No. 24 | D000083-D000249; D000253-D000291; D001721-D001781 |
| Request No. 27 | D000246-D000249; D000253-D000291; D001721-D001781 |
| Request No. 28 | See generally Defendant's entire production |
| Request No. 29 | See generally Defendant's entire production. |

Also enclosed on the disk is a complete PMS Salary Parameter file.

Very truly yours,

JACKSON LEWIS P.C.

Felice B. Ekelman

cc: Hope Pordy, Esq. (Via Email)
Andrea O'Connor, Esq. (Via Email)
Steven J. Seidenfeld, Esq. (FIRM)
Sarah K. Hook, Esq. (FIRM)

4846-5169-4373, v. 1