# Exhibit P



Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4005
EMAIL ADDRESS: EkelmanF@JACKSONLEWIS.COM

August 31, 2015

**VIA FEDEX AND E-MAIL (w/out disks)**

Gregory K. McGillivary, Esq.
Woodley & McGillivary
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005

> Re:  ***Foster v. City of New York***
> **Case No.: 14-cv-04142 (PGG)**

Dear Greg:

We write in response to your August 20, 2015 letter and to provide a number of updates on discovery issues previously discussed during our August 18, 2015 meet and confer conference call regarding your July 31, 2015 letter.

**Defendant's Production:**

Enclosed please find the following:

1) A disk with Defendant's document bates stamped D001782-D001842, which is the unredacted version of the ACS Employee Manual and Code of Conduct. This document has been marked Confidential pursuant to the Stipulation and Protective Order.

2) A disk with Defendant's documents bates stamped D001843-D00, which are the evaluations for the limitations period, field sheets and 340C Overtime forms pursuant to the Joint Stipulation –Phase One Discovery for the additional Phase-One Plaintiffs: (1) Pascual Gomez, (2) Chantel Carter, (3) Evelyn Awuah, (4) Keisha Foster, (5) Jeremiah Massey and (6) Robert Salemi. These documents have also been marked Confidential pursuant to the Stipulation and Protective Order.

3) A disk with CityTime punch in and out data for all Plaintiffs. The disk also contains data for the Phase One Plaintiffs concerning the approval or denial of overtime.



Attorneys at Law

Gregory K. McGillivary, Esq.
August 31, 2015
Page | 2

*Requests 6, 18, and 23:* Defendant contacted the appropriate contacts with the State of New York concerning Connections and we are still waiting for a response regarding the ability to access the information. We will continue to follow-up and keep you updated.

*Requests 3, 20, and 21*: We confirmed on the call that Defendant is not aware of any other documents responsive to these requests.

*Requests 25 and* 27: Defendant is continuing to search for documents responsive to *Requests 25 and 27* and will supplement Defendant's production if any responsive documents exist

**E-Mail Search Terms:**

As discussed during our meet and confer conference call on August 18, 2015, Defendant has collected data for approximately 15 Phase One Plaintiffs which totals 168,975 documents, and Plaintiffs' proposed search terms yielded approximately 46,162 hits (64,060 hits including families). Evan after eliminating the terms "connections" and "pending" your proposed search terms still resulted in 33,008 hits (53,448 including families). Defendant now anticipates completing collection of data for the remaining Phase One Plaintiffs within the next two weeks. Once we have received the data we will provide you with updated totals and will then be able to run any new proposed search using the complete data set.

Defendant agreed on our call to provide the below chart which summarizes the number of hits per search term. As the chart details many of Plaintiffs' proposed search terms yield an extraordinary number of hits that will inevitably increase to an even more burdensome number once we have the complete data set for all Phase One Plaintiffs.

| Keyword | Hits (Document) | Hits Only on Keyword (Documents) |
|---|---|---|
| pending | 11,093 | 3,530 |
| (approve OR approval OR approved OR disapprove) | 9,393 | 3,736 |
| (overtime OR voluntary OR involuntary) | 7,864 | 2,314 |
| connections | 7,851 | 3,682 |
| (authorize OR authorized) | 5,659 | 2,447 |
| pay | 3,919 | 1,082 |
| (lunch OR meal) | 3,534 | 1,604 |
| denied | 3,205 | 998 |
| (home w/15 report) | 3,177 | 1,057 |
| (mandate OR mandated OR "off duty") | 2,912 | 1,049 |
| paid | 2,131 | 504 |
| (authorization OR deny) | 1,866 | 518 |
| payment | 1,847 | 326 |
| cash | 1,467 | 278 |



| | | |
|---|---|---|
| budget | 1,159 | 286 |
| (home w/15 connections) | 1,051 | 0 |
| (compensatory OR comp) | 848 | 264 |
| (citytime OR citytime OR cititime OR cititime OR (city w/2 time)) | 818 | 348 |
| disapproved | 104 | 10 |
| "pre approved" | 74 | 0 |
| (field w/15 evening) | 73 | 31 |
| (field w/15 outside) | 40 | 19 |
| (field w/15 night) | 38 | 20 |
| "pre authorized" | 15 | 0 |
| (off w/2 duty) | 10 | 0 |
| "pre authorize" | 2 | 0 |
| "pre approval cap" | 0 | 0 |
| preauthorize | 0 | 0 |
| preauthorized | 0 | 0 |

Moreover, as explained during our call, many of Plaintiffs' proposed search terms yield false positives that do not relate to the allegations in this matter. In general the false positive hits reference specific reports about ACS clients, as well as documents such as newspaper articles, personal emails and forms not related to the allegations in this matter.

In your August 20, 2015 letter you asked us to send you "all emails that returned hits" for "the Phase One Plaintiff with the greatest number of emails". Notwithstanding that on the call we only agreed to provide you with a couple samples of false positives (not the entire set of emails for one Phase One Plaintiff), Plaintiffs' search terms (excluding the words "pending" and "connections") still resulted in approximately 3,475 document hits for the Phase One Plaintiff with the most emails. Many of these hits are not only false positives but as we explained would need to be redacted because they contain confidential information about ACS clients and therefore would not be productive to produce as a sample.

Instead, as we agreed upon on our call, enclosed is a sample of false positive hits that Plaintiffs' search terms returned in our search. The documents have been tagged in the bottom left hand corner with the search term that yielded the hit. Defendant shares the enclosed sample hits for the sole purpose of demonstrating to Plaintiffs how many of their proposed terms result in false positives and need to be revised to produce a more reasonable data set. By enclosing these documents, Defendant does not waive any right, privilege, or ability to object to the introduction of said samples into evidence and herein expressly reserves same.

Based on our sampling, we suggest using connectors in order to yield more specific results. We have found a search that connects terms such as "cash" or "approved" with



terms associated with overtime will typically tend to result in the types of hits that are relevant to this matter. We look forward to receiving your revised proposed search terms.

      Finally, with respect to your request for emails on behalf of "management officials", Defendant only agreed to produce e-discovery (limited by specific search terms) on behalf of the Phase One Plaintiffs and objected to any additional custodians as being unduly burdensome. As you are aware there are numerous ACS locations throughout the City and a number of management officials. Collecting and reviewing emails on behalf of all management officials would be an extraordinary and unduly burdensome task that would likely take months if not years to complete.

      Very truly yours,

      JACKSON LEWIS P.C.

      Felice B. Ekelman

cc:   Hope Pordy, Esq. (Via E-Mail w/out enclosures)
      Andrea O'Connor, Esq. (Via E-Mail w/out enclosures)
      Sarah K. Hook, Esq. (FIRM)
      Steven J. Seidenfeld, Esq. (FIRM)

4821-8327-9399, v. 1

| From: | # Redacted |
|---|---|
| Sent: | Thursday, April 26, 2012 10:20:08 AM |
| To: | Davis-Browne, Kellee J (ACS); Redacted |
| CC: | |

# Redacted

| Subject: | FW: |
|---|---|
| Attachments: | Redacted |

<u>Voluntary Placement request</u>
<u>Child removed prior to conference</u>

Good morning all,

The Redacted case will be facilitated by Redacted

The conference will be held:
Date: Thursday- April 26, 2012
Time: 10:30am
Location: 1200 Waters Place
Unit: 389 Zone: A CD: Pending

Please meet Redacted in the lobby at the designated time of the conference

---

**From:** Redacted
**Sent:** Thursday, April 26, 2012 10:14 AM
**To:** Redacted
**Subject:** FW:

---

**From:** Redacted
**Sent:** Thursday, April 26, 2012 9:58 AM
**To:** Redacted
**Subject:** FW:

---

**From:** Redacted
**Sent:** Thursday, April 26, 2012 9:51 AM
**To:** Redacted
**Subject:**

This is just a revised copy with today's date and time as this CSC was planned.

---

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

Irrelevant -
overtime or voluntary or involuntary

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | Wednesday, December 19, 2012 10:33:04 AM |
| **To:** | Redacted ; Davis-Browne, Kellee J (ACS) |
| **CC:** | Redacted |
| **Subject:** | Redacted |
| **Importance:** | High |

Good Morning All,

I am concerned regarding Redacted denial for SSI. I understand the application was denied and a fair hearing has been requested. Exactly why Redacted was denied the benefits? I am being told there was a document that was not given and therefore the case was denied. Is this accurate? What document was needed in order for the benefit to be approved? Has anyone contacted Social Security to provide the document for submittance with the application? When did the appeal process take place? I am asking these important questions so I can have a better understanding. Your assistance is needed at this time.

# Redacted

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

Irrelevant - denied

| | |
|---|---|
| **From:** | Davis-Browne, Kellee J (ACS) [/O=NYSEMAIL/OU=INFRASTRUCTURE AG/CN=RECIPIENTS/CN=YT5184] |
| **Sent:** | Monday, July 16, 2012 12:37:35 PM |
| **To:** | Redacted |
| **Subject:** | Kellee Davis-Browne |

Ms. Redacted

My name is Kellee Davis-Browne, and I met you on 7/6/12 when I brought down my paperwork to submit a worker's comp claim. You explained to me that you were the only person at 150 Williams Street processing all the claims, and I can appreciate the magnitude of that. I had a scheduled appointment for July 13, 2012 at 3:00, but was unable to be seen due to the lack of a workers comp number. I'd appreciate it if you'd be able to let me know the status of my claim, or even the claim number itself if possible. I thank you in advance for all of your assistance. I may also be contacted on my personal cell phone Redacted


Kelleé

Kellee Davis-Browne
NYC Children Services
CPS ~ Unit 379
1200 Waters Place
Bronx, New York 10461
718-239-2392~office
718-239-3411~fax

Irrelevant - Compensatory or compl

**From:**     Redacted

**Sent:**     Tuesday, February 10, 2015 1:19:15 PM
**To:**

# Redacted

Redacted                                        Ambris, Francis

# Redacted

**Subject:**        NY Times article about new ACS training initiative
**Attachments:**    @

FYI

Attached is an article from yesterday's N Y Times about the new $26.4 million budget allocation to the agency.

Confidentiality Notice : This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

        <<
                Scanned from a Xerox multifunction device.pdf          (133.5KB)

                (133.5KB)
        >>

Irrelevant - Budget

**From:** # Redacted

**Sent:** Monday, June 17, 2013 3:03:12 PM
**To:** Redacted
**Subject:** FW: NY Daily News: Off-duty NYPD cop shot after responding to Father's Day fight

Please read.

**From:** Redacted
**Sent:** Monday, June 17, 2013 10:24 AM
**To:** Redacted
**Subject:** FW: NY Daily News: Off-duty NYPD cop shot after responding to Father's Day fight

# Redacted

**From:** Redacted
**Sent:** Monday, June 17, 2013 8:23 AM
**To:** Redacted
**Subject:** NY Daily News: Off-duty NYPD cop shot after responding to Father's Day fight

## Off-duty NYPD cop shot after responding to Father's Day fight

**Off-duty officer Joseph Koch, 29, responded to a little boy's screams for help in Jamaica, Queens and was shot after he tried to stop Jose Bernazard, 40, from beating the boy's mother, Chrissy Rodriguez.**

Comments (5)
BY IRVING DEJOHN , ROCCO PARASCANDOLA AND SHANE DIXON KAVANAUGH / NEW YORK DAILY NEWS
PUBLISHED: MONDAY, JUNE 17, 2013, 12:57 AM
UPDATED: MONDAY, JUNE 17, 2013, 1:36 AM

28   1   1
Print

Irrelevant - off w/2 duty

NYC PAPERS OUT. Social media use restricted to low res file max 184 x 128 pixels and 72 dpi

MARC A. HERMANN/FOR NEW YORK DAILY NEWS

**Police converge on scene at South Road and Inwood St. in Jamaica, where an off-duty police officer was shot in the hand after responding an altercation nearby.**

An off-duty NYPD cop was shot in the hand and a man was critically wounded when the officer tried to break up a violent domestic dispute in Queens Sunday night, official sources and witnesses said.

The Father's Day bedlam began just before 10 p.m. when an 11-year-old boy burst out of his mother's South Road home near Inwood St. in Jamaica and started screaming for help, witnesses said.

"He's trying to kill my mother," the boy cried, according to witnesses and NYPD Deputy Commissioner Paul Browne.

The child's cries were quickly answered by Officer Joseph Koch, 29, who was visiting his in-laws on the quiet block, sources and witnesses said.

**RELATED: MEET THE FILM NOIR BANDIT**

The off-duty police officer was enjoying a Father's Day barbecue when he overheard a boy's screams for help nearby.

MARC A. HERMANN/FOR NEW YORK DAILY NEWS

**The off-duty police officer was enjoying a Father's Day barbecue when he overheard a boy's screams for help nearby.**

"The cop was having a barbecue with his family," said neighbor Wilson Asitimbay, 32. "He ran over to the house to see what was going on."

Inside the two-family house, the boy's mother, Chrissy Rodriguez, 34, was being beaten by an ex-boyfriend, Jose

Irrelevant - off w/2 duty

Bernazard, 40, sources said.

It was not the first time Bernazard had attacked the helpless woman: He had been previously charged with trying to strangle Rodriguez, and she had an order of protection against him, police sources said.

Koch identified himself as a cop and had his weapon drawn when he entered the home, said NYPD Commissioner Raymond Kelly during a press conference at Jamaica Hospital Sunday night.

### RELATED: FRISKY TALK FOR KELLY, BRATTON

An off-duty police officer and two others were hurt in a Jamaica, Queens shooting late Sunday.

MARC A. HERMANN/FOR NEW YORK DAILY NEWS

**An off-duty police officer and two others were hurt in a Jamaica, Queens shooting late Sunday.**

"As he walks into the house, he is rushed by a male and a struggle ensues for the officer's weapon," Kelly said.

During the wild scuffle, the seven-year veteran's gun discharged.

"We heard three pops go off," said Taz Tony, 16, who was outside the home. "There was a minute between each shot."

One bullet ripped through Koch's left hand, authorities said. A second tore through the ex-boyfriend's abdomen. No other gun was recovered at the scene, police sources said.

Koch, Rodriguez and Bernazard were taken to Jamaica Hospital. Koch was in stable condition Sunday night. Rodriguez suffered bruising on her face and required nine stitches. Bernazard was in critical condition.

Bernazard had not been arrested or charged as of late Sunday night.

idejohn@nydailynews.com

--

# Redacted

*Our mission is to serve as a catalyst for positive change in the lives of the people in our community on their paths to secure, violence-free and prosperous futures.*

The information contained in or attached to this e-mail message may contain privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender that you have received this e-mail message in error

Irrelevant - off w/2 duty

and then delete it. Thank you.



Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

Irrelevant - off w/2 duty

**From:** Redacted
**Sent:** Monday, February 10, 2014 10:30:18 AM
**To:** Almanzar, Yasarina (ACS)
**Subject:** Re: Drug test

# Redacted

```
>
> -----Original Message-----
> From: Redacted
> Sent: Monday, February 10, 2014 9:15 AM
> To: Almanzar, Yasarina (ACS)
> Subject: Re: Drug test
`
```

# Redacted

```
>
> Sent from my iPhone
>
>> On Feb 6, 2014, at 2:36 PM, "Almanzar, Yasarina (ACS)"
<Yasarina.Almanzar@dfa.state.ny.us> wrote:
>>
>> Hello Redacted,
>>
>> That is the only location we have in Manhattan.  Please be there tomorrow for the
test as we have a time frame as to when you can take the test after a voucher is
faxed.  The location is Redacted
>>
>> Thank you.
>>
>>
>> -----Original Message-----
>> From: Redacted
>> Sent: Thursday, February 06, 2014 2:27 PM
>> To: Almanzar, Yasarina (ACS)
>> Subject: Re: Drug test
>>
>> Hi, I have been busy with re applying for good stamp and cash assistant all day
yesterday and today. Redacted
test. Is there anything closer to us that I can take her early morning tomorrow??
```

Redacted

Irrelevant - Cash

```
>>
>> Redacted
>>
>>> On Feb 4, 2014, at 1:08 PM, "Almanzar, Yasarina (ACS)"
<Yasarina.Almanzar@dfa.state.ny.us> wrote:
>>>
>>>
>>> Redacted
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Redacted
>>> Sent: Wednesday, January 29, 2014 7:53 PM
>>> To: Almanzar, Yasarina (ACS)
>>> Subject: Drug test
>>>
```

# Redacted

```
>>>
>>> Confidentiality Notice: This e-mail communication, and any attachments, contains
confidential and privileged information for the exclusive use of the recipient(s)
named above. If you are not an intended recipient, or the employee or agent
responsible to deliver it to an intended recipient, you are hereby notified that you
have received this communication in error and that any review, disclosure,
dissemination, distribution or copying of it or its contents is prohibited. If you
have received this communication in error, please notify me immediately by replying
to this message and delete this communication from your computer. Thank you.
>
```

Irrelevant - Cash



**NYC**
Administration for
Children's Services

**Youth Parenting Conference**
**December 6, 2012**
**CHILD CARE APPLICATION**

Children's Services will offer registered youth parents child care services while they attend the conference and workshops. To register you child (ren), for child care on December 6th please read complete the this application and fax it along with your conference registration form.

| Child's First Name | Child's Last Name | Age of Child | Male or Female |
|---|---|---|---|
|  |  |  |  |
| **Does this child have any allergies?** | | | |
| **If yes, please list:** | | | |
| Child's First Name | Child's Last Name | Age of Child | Male or Female |
|  |  |  |  |
| **Does this child have any allergies?** | | | |
| **If yes, please list:** | | | |
| Child's First Name | Child's Last Name | Age if the child | Male or Female |
|  |  |  |  |
| **Does this child have any allergies?** | | | |
| **If yes, please list:** | | | |

I hereby grant permission for the above child (ren) to attend the Youth Parenting Conference and consent to the participant being treated by a licensed physician or health care professional or a member of the ACS Youth Parenting Conference staff in the event of an injury, illness, or other mishap. My signature is my consent and authorization for Children's Services to care for my child during the conference.

_____          _____          _____
**Print Name of child's parent**          **Signature of child's parent**          **Date**

Irrelevant - authorization or deny



**Department of Education**

# STANDARD OPERATING PROCEDURES MANUAL:
## The Referral, Evaluation, and Placement of School-Age Students with Disabilities

**February 2009**

*Division of*
*Teaching and Learning*
*Dr. Marcia V. Lyles*
*Deputy Chancellor*

*Office of*
*Special Education Initiatives*
*Linda Wernikoff*
*Executive Director*

Irrelevant - authorize or authorized

A student's birth or adoptive parent is presumed to be the parent for special education decision-making purposes unless he or she does not have legal authority to make educational decisions for the child. If the birth or adoptive parent does not have legal authority to make educational decisions for the child, any of the other parties who meet the definition of "parent" may sign consent for evaluations or services.

For example, a foster parent, guardian or other party listed above may assume the role of parent if:

- The birth or adoptive parent's rights have been terminated or surrendered in court (i.e. the child has been freed for adoption)
- The birth or adoptive parent's rights to make educational decisions have been limited, or a judge has appointed someone other than the birth or adoptive parent to make educational decisions for the child or
- The birth or adoptive parent is deceased

If a judicial order or decree identifies a specific person or persons to act as the parent or make educational decisions on behalf of the student, then such person(s) must be determined to be the parent. 

The term "parent" does not include the State if the student is a Ward of the State. Therefore, caseworkers employed by the Administration for Children's Services (ACS) and foster care agencies do not fit the definition of parent and cannot sign consent for special education evaluations or services, even if parental rights have been terminated or surrendered.
The person with whom the student resides may not necessarily be the person legally authorized to sign consent. Care must be taken to ensure that consent is obtained from a person entitled to sign consent for evaluation and placement. For example, do not assume that a student is eligible for appointment of a surrogate parent simply because a child does not live with the parent. Also do not assume that the person with whom the child resides has authority to sign for the child, even if the person is a relative.

For students in foster care, the adult with whom the child lives will know whether the child is in foster care and should know the name and telephone number of the caseworker and the foster care agency. The caseworker will be able to provide information about the status of parental rights and may have updated information regarding the parent's whereabouts.

 **When parents are divorced, who may sign for consent or make educational decisions?**

The parent who is the "custodial parent" generally has decision-making authority for educational decisions. There are instances, however, when non-custodial parents are granted some level of decision-making with regard to the student's education.

If there is a question regarding which parent may make decisions, please consult with your Special Education Attorney. If you do not know who the Attorney is, please call the Office of Legal Services at 212-374-6888.

## SURROGATE PARENTS

To ensure the rights of the student are protected, in the following circumstances, a person may be appointed as a "surrogate parent" to act in the place of parents or guardians:

- No parent can be identified

Irrelevant – authorize or authorized

# FEDERAL STUDENT AID
## Loan Forgiveness for Public Service Employees

www.studentaid.ed.gov/publicservice

March 2012

**What is the Public Service Loan Forgiveness (PSLF) Program?**
In 2007, Congress created the Public Service Loan Forgiveness Program to encourage individuals to enter and continue to work full time in public service jobs. Under this program, you may qualify for forgiveness of the remaining balance due on your eligible federal student loans after you have made 120 payments on those loans under certain repayment plans while employed full time by certain public service employers. Since you must make 120 monthly payments on your eligible federal student loans after October 1, 2007 before you qualify for the loan forgiveness, the first cancellations of loan balances will not be granted until October 2017.

**What federal student loans are eligible for forgiveness under the PSLF Program?**
Any non-defaulted loan made under the William D. Ford Federal Direct Loan Program (Direct Loan Program) is eligible for loan forgiveness. (See below for information on how non-Direct Loans may be eligible.) The Direct Loan Program includes the following loans:
- Federal Direct Stafford/Ford Loans (Direct Subsidized Loans)
- Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans)
- Federal Direct PLUS Loans (Direct PLUS Loans)—for parents and graduate or professional students
- Federal Direct Consolidation Loans (Direct Consolidation Loans)

NOTE: *To qualify for forgiveness of a parent PLUS Loan you, the parent borrower, not the student on whose behalf you obtained the loan, must be employed by a public service organization.*

**How can other federal student loans become eligible for loan forgiveness under the PSLF Program?**
Although loan forgiveness under this program is available only for loans made and repaid under the Direct Loan Program, loans made under other federal student loan programs may become eligible for forgiveness if they are consolidated into a Direct Consolidation Loan. However, only payments made on the Direct Consolidation Loan will count toward the required 120 monthly payments.

The following loans may be consolidated into the Direct Loan Program:
- Federal Family Education Loan (FFEL) Program loans, which include
  - Subsidized Stafford Loans
  - Unsubsidized Stafford Loans
  - Federal PLUS Loans—for parents and graduate or professional students
  - Federal Consolidation Loans (excluding joint spousal consolidation loans)
- Federal Perkins Loans
- Certain Health Professions and Nursing Loans

NOTE: *To consolidate a Federal Perkins Loan or Health Professions or Nursing Loan into the Direct Loan Program, you must also consolidate at least one FFEL Program loan or Direct Loan. If you are unsure about what kind of loans you have, you can find information about your federal student loans in the U.S. Department of Education's National Student Loan Data System at www.nslds.ed.gov.*

**What are the borrower eligibility requirements for loan forgiveness under the PSLF Program?**
- You must not be in default on the loans for which forgiveness is requested.
- You must be employed full time by a public service organization
  - when making each of the required 120 monthly loan payments (certain repayment conditions apply—see below);
  - at the time you apply for loan forgiveness; and
  - at the time the remaining balance on your eligible loans is forgiven.

**What are the specific loan repayment requirements for loan forgiveness under the PSLF Program?**
- You must have made 120 separate monthly payments after October 1, 2007, on the Direct Loan Program loans for which forgiveness is requested. Earlier payments do not count toward meeting this requirement. Each of the 120 monthly payments must be made for the full scheduled installment amount within 15 days of the due date.

Federal Student Aid, an office of the U.S. Department of Education, ensures that all eligible individuals can benefit from federally funded financial assistance for education beyond high school. We consistently champion the promise of postsecondary education—and its value to our society.

START HERE
GO FURTHER
FEDERAL STUDENT AID

Irrelevant - payment

www.studentaid.ed.gov/publicservice

**What are the specific loan repayment requirements for loan forgiveness under the PSLF Program?** (Continued from previous page)
- The 120 required payments must be made under one or more of the following Direct Loan Program repayment plans:
  - Income Based Repayment (IBR) Plan (not available to parent Direct PLUS Loan borrowers)
  - Income Contingent Repayment Plan (not available to parent Direct PLUS Loan borrowers)
  - Standard Repayment Plan with a 10-year repayment period
  - Any other Direct Loan Program repayment plan; but only payments that are at least equal to the monthly payment amount that would have been required under the Standard Repayment Plan with a 10-year repayment period may be counted toward the required 120 payments

For more information about the repayment plans available in the Direct Loan program, please visit www.studentaid.ed.gov/repaying.

IMPORTANT NOTE: *The PSLF Program provides for forgiveness of the remaining balance of a borrower's eligible loans after the borrower has made 120 qualifying payments on those loans. In general, only borrowers who are making reduced monthly payments through the Direct Loan Income Contingent or Income Based repayment plans will have a remaining balance after making 120 payments on a loan.*

**What types of public service jobs will qualify a borrower for loan forgiveness under the PSLF Program?**
You must be employed full time (in any position) by a public service organization, or must be serving in a full-time AmeriCorps or Peace Corps position. Organizations that meet the definition of "public service organization" for purposes of the PSLF Program are listed below.
- A government organization (including a federal, state, local, or tribal organization, agency, or entity; a public child or family service agency; or a tribal college or university);
- A non-profit, tax-exempt organization under section 501(c)(3) of the Internal Revenue Code (includes most not-for-profit private schools, colleges, and universities);
- A private, non-profit organization (that is not a labor union or a partisan political organization) that provides one or more of the following public services:
  - Emergency management
  - Military service
  - Public safety
  - Law enforcement
  - Public interest law services
  - Early childhood education (including licensed or regulated health care, Head Start, and state-funded pre-kindergarten)
  - Public service for individuals with disabilities and the elderly
  - Public health (including nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health care support occupations)
  - Public education
  - Public library services
  - School library or other school-based services

NOTE: *When determining full-time public service employment at a not-for-profit organization, you may not include time spent participating in religious instruction, worship services, or any form of proselytizing.*

**How can I keep track of my eligibility?**
The U.S. Department of Education has created the Employment Certification for Public Service Loan Forgiveness form and a process to help you monitor your progress toward making the 120 qualifying payments necessary to apply for PSLF. You should complete the form, including your employer's certification of employment, and submit it to FedLoan Servicing, the PSLF servicer, at the address listed in Section 6 of the Employment Certification form.

The form allows you to get your employer's certification of employment while you are still employed at that organization or shortly after leaving. The process allows you to receive confirmation of qualifying employment and Direct Loan payment eligibility. You may also submit the form less frequently than annually to cover more than one year's employment or for more than one employer.

While use of the form and process is not required, it will help you keep track of your progress toward meeting the PSLF eligibility requirements. If you do not periodically submit the form, you will still be required to submit a form for each qualifying employer at the time you apply for forgiveness and when forgiveness is granted.

**Where can I find additional information?**
This fact sheet provides only a summary of the basic requirements of the PSLF Program. For more detailed information, including how to monitor your progress toward qualifying for PSLF, review the PSLF Questions and Answers document at www.studentaid.ed.gov/publicservice or contact your Direct Loan servicer.

Federal Student Aid, an office of the U.S. Department of Education, ensures that all eligible individuals can benefit from federally funded financial assistance for education beyond high school. We consistently champion the promise of postsecondary education—and its value to our society.



START HERE
GO FURTHER
FEDERAL STUDENT AID

Irrelevant - payment

| | |
|---|---|
| **From:** | Burgess, Geofrey (ACS) [/O=NYSEMAIL/OU=INFRASTRUCTURE AG/CN=RECIPIENTS/CN=KK584405325295] |
| **Sent:** | Tuesday, November 13, 2012 1:14:40 PM |
| **To:** | |
| **CC:** | |

# Redacted

Hello Ms. Redacted
My apology on bursting into your office...last week Ms. ᴿᵉᵈᵃᶜᵗᵉᵈ and myself discussed something similar to what you are planning for the staff...in the interest of getting it done we needed your approval before taking it to the managers... while attempting to get an appointment to speak you I spoke with Sharon and she mentioned you maybe thinking about doing something for the staff with the managers as well...please excuse my eagerness as we wanted to get the planning started...once again, I apologize for jumping the gun...

Irrelevant –
approve or approval or approved or disapproved

**From:** Redacted

**Sent:** Thursday, November 15, 2012 11:00:16 AM

**To:** Redacted
Marlene (ACS); Redacted                                                Bancharan,

**Subject:** RE: Matthew 19:26

Redacted
*NYC Administration for Children's Services*
*1274 Bedford Avenue*
*Brooklyn, NY 11216*
*(718) 623-4630*

**From:** Redacted
**Sent:** Thursday, November 15, 2012 10:36 AM
**To:** :Redacted

# Redacted

**Subject:** Fwd: Matthew 19:26


# Redacted


-----Original Message-----
From:Redacted
ToRedacted
Redacted
Sent: Wed, Nov 14, 2012 2:55 pm
Subject: FW: Matthew 19:26

Thank you....

**From:** Redacted
**Sent:** Wednesday, November 14, 2012 2:52 PM
**To:** Redacted
**Cc:**Redacted
Redacted
Redacted
**Subject:** FW: Matthew 19:26

Just a little something to get you through the day... ☺

# Redacted

Cash Applications
Phone: (972)316-8150
Fax: (972) 316-8236
E-Mail: Tina.Platts@4s.com


With God all things are possible Matthew 19:26

Twenty angels are in your world. Ten of them are sleeping, nine are playing, one is reading this

Irrelevant - Cash

message. Please read.... not joking.....God has seen you struggling with something. God says it's over. A blessing is coming your way.  God is going to fix two BIG things tonight in your favor. Tomorrow will be the best day ever. Send this to ten friends, including me. As soon as you get five replies, someone you love will quietly surprise you.

_____

Please consider the environment before printing this email.

The content of this e-mail (including any attached files) is confidential and may be privileged and protected by law. It is intended solely for the purpose of the person to whom it is addressed. If you are not the intended recipient of this message, please notify the sender immediately and delete the message (inclusive of any attached files). In addition, if you are not the intended recipient of this message, any disclosure, copying, distribution or taking any action in reliance of the contents of this email is strictly prohibited.

_____

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

Irrelevant - Cash

| | |
|---|---|
| **From:** | acsjobs@acs.nyc.gov |
| **Sent:** | Monday, April 30, 2012 4:56 PM |
| **To:** | Barnes, Michelle (ACS) |
| **Subject:** | Your Application for Close to Home Budget Analyst( Job ID: 067-12-10783C-C2H ) has been received. |

Dear Michelle Barnes,

\*\*\*\*\*\*\*\* THIS EMAIL WAS SENT TO YOU IN RESPONSE TO YOUR ONLINE RESUME SUBMISSION. \*\*\*\*\*\*\*\*\*\*

The New York City Administration for Children's Services is in receipt of your resume and/or cover letter for the position mentioned in the subject line of this message. The document(s) will be reviewed for qualification requirements and preferred Skills. If you meet the qualification requirements outlined in the Job Vacancy Notice, your information will be forwarded directly to the hiring manager.

Due to the large volume of responses, only those applicants whose experience and skills best meet the requirements and preferred skills of this position will be contacted directly by the hiring manager for further consideration.

Thank you for expressing your interest in employment with the New York City Administration for Children's Services.

*The City of New York and Children?s Services are Equal Opportunity Employers Committed to Diversity.*

**Be the Hero of a Child's Story. Become a Foster or Adoptive Parent. Call 311 or log onto**
**www.nyc.gov/foster.**

1

Irrelevant - Budget

| | |
|---|---|
| **From:** | **Redacted** |
| **Sent:** | Friday, May 11, 2012 4:41:59 PM |
| **To:** | Barnes, Michelle (ACS) |
| **Subject:** | RE: You are an angel |
| **Attachments:** | image001.gif |

I know lol. Maybe we can do lunch next Friday....

**From:** Barnes, Michelle (ACS)
**Sent:** Friday, May 11, 2012 4:15 PM
**To:** Redacted
**Subject:** RE: You are an angel

Yes girl, It is very relaxed over there. Well enjoy taking it slow and being bored, there is nothing wrong with that at all, lol. Now that you have officially had a chance to get down  your first week, when will we be doing lunch?

Irrelevant - lunch or meal