# Exhibit Q

LAW OFFICES

# WOODLEY & McGILLIVARY LLP

1101 VERMONT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20005
TELEPHONE: (202) 833-8855
FAX: (202) 452-1090
E-MAIL: INFO@WMLABORLAW.COM

THOMAS A. WOODLEY
GREGORY K. McGILLIVARY
DOUGLAS L. STEELE
MOLLY A. ELKIN
BALDWIN ROBERTSON
DAVID RICKSECKER
MEGAN K. MECHAK
SARA L. FAULMAN
CHRISTOPHER M. FRANZONI
DIANA J. NOBILE
REID COPLOFF
MICHAEL R. WILLATS
SARA A. CONRATH
ROBIN L.S. BURROUGHS
DONNA K. McKINNON

EDWARD J. HICKEY, JR.
(1912-2000)

OF COUNSEL
NANCY B. STONE

September 3, 2015

**By FedEx and Regular First Class Mail**
Felice Ekelman
JACKSON LEWIS LLP
666 Third Avenue
New York, NY 10017

    Re:    Rule 30(b)(6) Deposition Notices
               *Foster et al v. City of New York*, Case No. 1:14-cv-04142-PGG

Dear Felice:

      Enclosed please find Rule 30(b)(6) Deposition Notices in this matter. As you will see, we have noticed a deposition on the defendant's efforts to comply with the Fair Labor Standards Act for October 28, 2015. In your August 31, 2015 letter, you state that you are searching to determine whether documents related to this topics exist. We request that the defendant provide all responsive documents on or before October 1, 2015.

                                   Sincerely,

                                     WOODLEY & McGILLIVARY

                                   Gregory K. McGillivary

cc:      Hope Pordy, Esq. (via e-mail)