UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA FOSTER et al.,

                Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK,

                Defendant.

ELIANA DE LA CRUZ et al.,

                Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK,

                Defendant.

**ORDER**

14 Civ. 4142 (PGG)
14 Civ. 9220 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial for Foster, et. al v. City of New York, 14 Civ. 4142, is scheduled for **January 31, 2022, at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. This trial date is tentative, and depends on this District's COVID-19 protocols. The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pre-trial order. The joint pre-trial order, motions in limine, requested voir dire, and requests to charge are due on **November 2, 2021**. Responsive papers, if any, are due on **November 9, 2021**.

        De La Cruz v. City of New York, 14 Civ. 9220, is stayed pending the pre-trial proceedings and trial in Foster.

Dated: New York, New York
       July 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge