# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA FOSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>Defendant. | Case No.: 14 Civ. 4142 (PGG) |

## **DECLARATION OF NATASHA N. CHRISTIAN**

I, Natasha N. Christian, hereby affirm, under penalty of perjury, as follows:

1. I am currently employed by the City of New York's Administration for Children's Services as a Child Protective Specialist Supervisor. I have held this position continuously since approximately November 2011. Prior to that, and beginning in approximately 2007, I held a position with the same agency as a Child Protective Specialist.

2. I filed a consent-to-sue form with this Court in the above-captioned case on June 9, 2014.

3. I am not the Natasha M. Christian who filed bankruptcy in the U.S. Bankruptcy Court for the Eastern District of Wisconsin on July 8, 2014. The bankruptcy petition filed by the City in support of its motion for summary judgment (Dkt. 139-28) was not filed by me nor on my behalf, and none of the information contained in the document describes me.

4. My middle name is and has always been Nicole. It does not start with M.

5. I have lived in the State of New York for my entire life, with the exception of approximately 2 months in 2006 when I lived in Connecticut. I have never lived in Wisconsin, nor have I ever owned any property there.

6. The last four digits of the Social Security Number of the petitioner in the bankruptcy petition filed by the City do not match the last four digits of my own Social Security Number.

7. I have never declared or filed for bankruptcy in any forum, and I have no plans to file for bankruptcy.

8. I was not aware that I had been dismissed from the above-captioned case until this week. I did not receive any previous communications from my attorneys regarding the City's motion to dismiss me from the case because I moved in February 2016, and such communications were sent to my old address.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing information is true and correct.

12/9/2021
_____
Date

*Natasha Christian*
—85ACB55EA1534DA...
_____
Natasha N. Christian